MARK B. SCHELLERUP
Nevada Bar No. 7170
ROBERT A. SCHAFFER
Nevada Bar No. 10215
MESSNER REEVES LLP
5556 S. Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
Email: mschellerup@messner.com
Email: rschaffer@messner.com
Attorneys for Venetian Casino Resort, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EDWARD HALLORAN, | Case No. 2:13-CV-00980-RCJ-PAL |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| VENETIAN CASINO RESORT, LLC, DOES I through X, and ROE Corporations I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, EDWARD HALLORAN, and Defendant, VENETIAN CASINO RESORT, LLC, by and through their respective undersigned counsel of record and representation having been made, that the above-captioned and numbered matter having been amicably and finally settled between them, the entire action may be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TRIAL MODE – a valid license will remove this message. See the keywords property of this PDF for more information.

1    IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own fees
2 and costs.
3    IT IS SO STIPULATED.
4 Dated this __9__ day of ~~May~~ July, 2014.              Dated this __19th__ day of ~~May~~ June, 2014.

MESSNER REEVES LLP                                         GARCIA-MENDOZA & SNAVELY, CHTD.

_____                               _____
MARK B. SCHELLERUP                                         Eva Garcia-Mendoza, Esq.
Nevada Bar No. 7170                                        Nevada Bar No. 1779
AARON S. MOTSCHENBACHER                                    501 S. Seventh St.
Nevada Bar No. 12046                                       Las Vegas, Nevada 89101
5556 S. Fort Apache Road, Suite 100                        Tel: (702) 384-8484
Las Vegas, Nevada 89148                                    Fax: (702) 384-0207
Tel.: (702) 363-5100                                       Attorneys for Plaintiff
Fax: (702) 363-5101                                        EDWARD HALLORAN
Attorneys for Defendant
VENETIAN CASINO RESORT, LLC

Edward Halloran v Venetian Casino Resort, LLC
Case No.:  2:13-CV-00980-RCJ-PAL

## ORDER FOR DISMISSAL

Pursuant to the foregoing Stipulation, and good cause showing therefore:

IT IS HEREBY ORDERED that the above-captioned and numbered matter be, and the same is hereby dismissed with prejudice, with each party bearing its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  This 15th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
MESSNER REEVES LLP

_____
MARK B. SCHELLERUP
Nevada Bar No. 7170
AARON S. MOTSCHENBACHER
Nevada Bar No. 12046
5556 S. Fort Apache Road, Suite 100
Las Vegas, Nevada  89148
Tel.:  (702) 363-5100
Fax:  (702) 363-5101
Attorneys for Defendant
VENETIAN CASINO RESORT, LLC

TRIAL MODE − a valid license will remove this message. See the keywords property of this PDF for more information.